**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| TIME WARNER CABLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10-2453-KHV-JPO |
| | ) |
| THEORYSHARE LLC, NICHOLAS AARON | ) |
| DAVID and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WITH
TEMPORARY RESTRAINING ORDER, INCLUDING ASSSET FREEZE,
ACCOUNTING, AND EXPEDITED DISCOVERY, INCLUDING
INSPECTION AND SEIZURE OF DEFENDANTS' BUSINESS RECORDS
AND DEFENDANTS' INVENTORY OF HACKED MODEMS**

Plaintiff Time Warner Cable Inc. ("TWC"), by its attorneys, hereby moves this court for ex parte relief in the form of a temporary restraining order and the issuance of an order to show cause for (i) a preliminary injunction pursuant to Fed.R.Civ.P. 65 and 17 U.S.C. § 1203 (b); (ii) an order restraining transfers of defendants' assets and prohibited gains pursuant to Fed.R.Civ.P. 65 and 17 U.S.C. § 1203 (b)(1) and (c)(2); (iii) an order of expedited discovery pursuant to Fed.R.Civ.P. 30, 33, 34, 36, and 45; (iv) an order directing an accounting pursuant to 17 U.S.C. § 1203 (c)(2); and (v) an order directing a seizure by the U.S. Marshal's service at defendants' business location of defendants' business records, including those on computers and servers, and their inventory of modified modems, including all those installed on computers located within the business of defendants Theoryshare LLC and Nicholas Aaron David.

TWC requests this relief for the reasons stated in its accompanying Memorandum of Law, the Affidavits of Daniel J. Lefkowitz, Lo Cheung, and Travis Babcock, and the exhibits annexed thereto.

2

    Respectfully submitted,

    DANIEL J. LEFKOWITZ, ESQ., P.C.

By /s/Daniel J. Lefkowitz
    Daniel J. Lefkowitz-Pro Hac Vice Pending
    320 New York Avenue
    Huntington, NY  11743
    (631) 692-4700 – Telephone
    (631) 659-3740 – Facsimile


By /s/Bernard J. Rhodes
    Bernard J. Rhodes    KS #15716
    LATHROP & GAGE, LLP
    2345 Grand Blvd., Ste. 2400
    Kansas City, MO  64108
    (816) 292-2000 – Telephone
    (816) 292-2001 – Facsimile

    Attorneys for Plaintiff