UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---------------------------------------------------------------x
TIME WARNER CABLE Inc.,                          :
                                                 :
                              Plaintiff,         :
                                                 :
vs.                                              :          **AFFIDAVIT OF**
                                                 :          **LO CHEUNG**
THEORYSHARE LLC, and NICHOLAS AARON :
DAVID; JOHN DOES 1-10.                           :
                                                 :
                              Defendants.        :
---------------------------------------------------------------x

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK)

**LO CHEUNG**, being duly sworn, deposes and says:

1.      I am the Manager of Systems Operations for Time Warner Cable's (TWC) New York City High Speed Data (HSD) service, and have served in this capacity for 5 years. The HSD system allows customers to access the Internet at great speed. My responsibilities include managing the data center in Northern Manhattan which administers the HSD service for customers in New York and New Jersey. I have been employed by TWC for a total of 10 years. The Regional Data Center houses all servers' software and related equipment necessary to operate an HSD service with about 1.0 million modem connections. I hold a Bachelors of Science degree in Computer Information Systems from Excelsior College. As such, I am fully familiar with the TWC internet engineering equipment and processes used to access and transmit the over an HSD system.

2.      I respectfully submit this Affidavit in support of plaintiff TWC's motion for a Temporary Restraining Order, Preliminary Injunction and other relief against the above-captioned defendants. I have reviewed the Complaint in this action. I affirm that the allegations therein that pertain to TWC and its HSD service, the allegations about the services and equipment that form the basis for the plaintiff's claims herein, and the injuries suffered by it due to the defendants' hacked modem business, are factually true and correct. I have personal knowledge of the following, and if called as a witness, could and would testify to the same.

### TWC's HSD Service

3.      TWC is a Delaware corporation, with its principal place of business in the State of New York.

4.      In addition to cable television and telephone service, TWC offers an HSD service, known as Road Runner, to its customers in Kansas and throughout the United States. Among other things, Road Runner enables a customer to access the Internet at high speed. The HSD service operates by subscription and is intended only for paying TWC customers. The HSD service offered by TWC is an interstate radio frequency service transmitted over wire.

5.      In order to provide HSD service to its customers, TWC uses proprietary hardware and software which are protected from infringement by patents and copyright. The HSD service is comprised of integrated software and hardware, such as servers, switches, routers, and modems that enable connectivity to the Internet. As such, the TWC HSD system is a computer system. A DOCSIS (Data Over Cable Service Interface

2

Specification) compliant modem is necessary to access the HSD service over an existing cable television system and is connected to a subscriber's home computer or gateway via a USB cable and/or an Ethernet cable. The modem links the TWC customer's computer to the fiber-optic/coaxial cable network and to TWC regional data centers.

6. Customers pay TWC based upon which tier of Road Runner service they wish to receive. The higher priced levels enable the ability to transfer more data in the same amount of time. Because more data transfers in a fixed period of time, the customer's on-line experience is faster.

7. Modems are provided to TWC customers as part of their subscription to the Road Runner service. Customers also have the option to purchase modems from legitimate retail stores. Because TWC modems work well, are serviced and maintained by TWC and do not require an upfront investment, approximately 97.77% of Road Runner customers use a modem provided by TWC.

8. In order to gain access to HSD service and to prevent unauthorized access, each modem is embedded with a digital certificate by the modem manufacturer, which includes a MAC (Media Access Control) address. A MAC address uniquely identifies every device and component that shares communications lines or wireless links on a networked system. Because a MAC address is a unique identifier, TWC uses the MAC address to identify paying customers and to prevent unauthorized access.

9. To properly authenticate a TWC HSD customer, TWC's system checks the MAC address for each modem seeking to connect with the HSD service. This check allows TWC to determine if the modem's user is a TWC customer authorized to receive HSD service and, if so, his or her paid-for level of service. As part of the modem

registration and authentication process, TWC servers provision the modem to receive the service package that the customer has ordered. Only modems which present the MAC address of an authorized and paying TWC customer obtain service. TWC servers disable the modem if the MAC address is determined not to be authentic by issuing a "disable.bin" file which serves to deny access to the HSD service

10. "Cable modem hacking" requires obtaining a modem, modifying the modem's software, and adding additional software to enable the modem to improperly access a protected HSD network, thereby obtaining HSD service without paying for it. To obtain HSD service, the "hacked" modem commits a form of identity theft by enabling the use of a MAC address of a legitimate modem associated with an unsuspecting, authorized HSD subscriber. TWC's system views the hacked modem as "authorized" because such system identifies and recognizes the MAC address that the hacked modem is impersonating. Such impersonation is commonly referred to as "MAC cloning" or "MAC spoofing".

11. When the "cloned" MAC address is recognized by TWC, its servers issue an Internet Protocol (IP) address to the computer or gateway of the hacked modem user. IP addresses are leased by TWC for an annual fee, and therefore TWC has a fixed number of available IP addresses intended for authorized customers. When the hacked modem user's gateway or computer is issued an IP address, it reduces the number of available IP addresses intended for the operation of TWC's HSD system.

12. When a hacked modem presents itself for access to TWC's HSD system, it shows fraudulent identifiers which communicate with TWC's proprietary authentication software. By circumventing TWC's system security functions, and by fraudulently presenting an authorized customer's MAC address, the hacked modem is able to trick TWC's servers into issuing a proprietary DOCSIS configuration file. This configuration file incorporates copyrighted instructions created by TWC employees and owned by TWC; such instructions, along with accompanying proprietary data, are intended to provision a modem for, among other things, the level of service it is authorized to receive. When it receives a configuration file, the hacked modem stores it, executes the instructions and data contained in the file and communicates back to TWC's server a confirmation that the IP address and the configuration file has been received, and that it is on-line and ready for use. In this way, the TWC authentication process is deceived into allowing the hacked modem user access to the configuration file, the HSD service and content made available via the HSD service.

13. TWC's HSD service operates on an integrated and protected computer system. The HSD service is intended for use only by those who are customers and pay a subscription fee. TWC's security system (of which, MAC address authentication is a part) is maintained to restrict access only to paying customers. The security system consists, in part, of patented servers and copyright-protected software. The HSD system interacts between customer premise computer equipment and servers around the world (the Internet), and the path back from servers to customer computers.

14. David's corporate "front" Theoryshare LLC, maintain a website (theoryshare.com) in which he describes his operation as "Theoryshare The Broadband

Experts." On the website, an end user can purchase a broadband modem with features including "MAC Clone," "Serial Clone" and other features specifically enabling a user to steal HSD services. The website offers forums for hackers, downloads which enable a user of a hacked modem to observe the assignment of IP addresses when authorized modems boot up, and provides answers to FAQs (Frequently Asked Questions) for persons interested in defendants' illegal equipment. The devices and many of the web site features are specifically intended to circumvent the HSD security of TWC and its billing systems and enable an end user to obtain HSD service, and access copyrighted works and other materials through the HSD service, without payment.

15.     Each hacked modem functions through the use of "Haxorware" or "Blackcat" software. Haxorware and Blackcat are firmware modified with the express purpose of facilitating the theft of HSD service by enabling manual changes to the security functions of the modem. Among other things, Haxorware and Blackcat enable a modem to accept the MAC address of a legitimate TWC customer and access the HSD network by impersonating that authorized device and the customer who uses it. Another feature of Haxorware is to enable a hacked modem to circumvent security functions such as BPI (Baseline Privacy Interface), which is a sophisticated form of encrypted security used by TWC. Haxorware enables a user to bypass BPI for the express purpose of stealing HSD service.

16.     Defendants maintain various "downloads" on the Theoryshare.com website which are specifically intended to eavesdrop on and record the "log on" transactions between TWC's customers and TWC's servers. For example, "DHCP Sniffer" enables a hacker to observe and record legitimate modem MAC addresses. The

hacker then has a series of authorized MAC addresses to "clone" for use in defendants' hacked modems and enable the access to HSD service. A hacked modem must use a MAC address outside the hacker's CMTS (Cable Modem Termination System), which services several thousand modems within TWC's much larger systems, or a conflict resulting in outages may occur.

17. Defendants' maintain various hacking "tutorials" on their website. For example, (i) "Quick and Dirty BPI Tutorial" instructs a hacker on how to use Haxorware to disable BPI in order to boot up a hacked modem; (ii) "Disabling BPI+ Via GUI" instructs a hacker to avoid BPI by using a "graphical user interface" (GUI); and (iii) "Haxorware User Manual," which instructs a user to operate the hacking software contained in many of defendants' illegal products.

18. The use of hacked modems causes direct and irreparable harm to TWC. Each hacked modem remains on TWC's system anonymously and without detection impersonating an authorized customer's account until a painstaking diagnostic search is run to determine duplicate MAC addresses and shut them down. Moreover, the use of a hacked modem can cause "outages" in service to the customer whose account is cloned. The dishonest end user of defendant's devices need only obtain another MAC address to reinstate illegal use if the MAC address that was "cloned" is discovered. The use of a hacked modem is difficult to identify and difficult to distinguish from the legitimate address it clones, creating expense and burden to the HSD system, causing outages, and other engineering problems.

19. The use of hacked modems presents a significant concern to law enforcement and to the legitimate customer that has suffered the identity theft of his or her MAC address. Some people use hacked modems to commit and plan criminal activity, which can include serious issues such as terrorism and child endangerment. Because a hacked modem impersonates an authorized customer's use of TWC's system, TWC cannot locate the true criminal in response to appropriate subpoenas by law enforcement and there is an enhanced risk that TWC will identify the identity theft victim.

20. TWC offers its internet access service based upon the broadband speed and quantity purchased by a customer. For example, in New York, Road Runner Basic is a service that offers speeds up to 1.5 Mbps. for $29.95 per month; Road Runner Standard offers broadband internet service at speeds up to 10 Mbps for $45.95 per month; and Road Runner Extreme requires the purchase of Road Runner Standard for 20 Mbps. for an additional fee of $24.95. Other service packages and charges are part of the pricing policy of TWC's internet service. For a customer who purchases any level of broadband internet service a modem is offered as part of the service charge along with various connective equipment necessary for a customer to enjoy broadband internet access.

21. I have reviewed the website of Theoryshare.com and have examined and tested the hacked modem equipment purchased during the investigation of the company (see, Babcock Affidavit). In my opinion, the defendants are engaged in a scheme to manufacture or assemble, and sell modified modems for profit over the internet through that website. The only realistic purpose for a hacked modem is to duplicate or clone the MAC address of a legitimate paying TWC customer and receive internet service without

payment. Compared to a legitimate modem a hacked modem carries a higher price for a device which is out of date, out of warranty, and hacked from its original condition and therefore rendered less reliable and more prone to malfunction. The amount of service which can be stolen each month by one of the defendant's devices is limited only by the authorization level of the MAC address of the TWC customer whose account is cloned.

_____
Lo Cheung

Sworn to before me this
_10_ day of August, 2010

_____
Notary Public

DANIEL J. LEFKOWITZ
Notary Public, State of New York
No. 02LE4757839
Qualified in Suffolk County
Commission Expires April 30, 2014