## IN THE DISTRICT DISTRICT COURT
## DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| TIME WARNER CABLE, INC., ) | |
|     Plaintiff ) | |
| ) | Case no. 10-2453-KHV-JPO |
| vs. ) | |
| ) | |
| THEORYSHARE, LLC, NICHOLAS AARON ) | |
| DAVID and JOHN DOES 1-10 ) | |
|     Defendants. ) | |

## **ENTRY OF APPEARANCE**

**COMES NOW**, Jeremiah Johnson of the Law Offices of Jeremiah Johnson, LLC and enters his appearance herein for Defendants Theoryshare, LLC and Nicholas David in the above captioned matter.

Respectfully submitted by:

/S/Jeremiah Johnson
_____
Jeremiah Johnson #22726
104 E. Poplar
Olathe, KS 66061
Office - (913)764-5010
Fax – (913)764-5012
Cell – (913)406-0732
Jeremiah@kcatty.com
www.KCatty.com