IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIME WARNER CABLE INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. 10-2453-KHV-JPO |
| | ) |
| THEORYSHARE LLC, NICHOLAS AARON DAVID and JOHN DOES 1-10, | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S WITNESS AND EXHIBIT LIST

Plaintiff Time Warner Cable Inc. submits the following Witness and Exhibit List in connection with the Preliminary Injunction hearing, scheduled for November 4, 2010.

#### WITNESSES

1. Brian Allen, Senior Director-Corporate Security, Time Warner Cable

2. Travis Babcock, Investigator, Grid Investigations

3. Lo Cheung, Manager of Systems Operations, Time Warner Cable

4. Lanny Morrow, Computer Forensic Examiner, BKD

#### EXHIBITS

1. Time Warner Cable Residential Service Subscriber Agreement

2. Current screenshot of the devices offered on the Theoryshare site

3. Carton and shipping label for the January 29, 2010 purchase

4. SB5101 modem purchased on January 29, 2010

5. SB6120 modem purchased on January 29, 2010

6. Invoice from the January 29, 2010 purchase

7. BlackcatUSB – USB to Jtag

8. USB, Ethernet, and IDC cables

9. Carton and shipping label from the April 26, 2010 purchase

10. SB5101 modem #1 purchased on April 26, 2010

11. SB5101 modem #2 purchased on April 26, 2010

12. SB5101 modem #3 purchased on April 26, 2010

13. SB5101 modem #4 purchased on April 26, 2010

14. SB5101 modem #5 purchased on April 26, 2010

15. Invoice from the April 26, 2010 purchase

16. Screenshot from the "DHCP Sniffer" program's results

17. Carton and shipping label from the August 3, 2010 purchase

18. SB5101 modem purchased on August 3, 2010

19. Second SB5101 modem purchased on August 3, 2010

20. Invoice from the August 3, 2010 purchase

21. Screenshot from the Theoryshare website of the SB5101 labeled as "Premodified"

22. Screenshot from the Theoryshare website of the SB5101 labeled as "Diagnostic"

23. Results of a business entity search on Theoryshare  LLC

24. CD of selected files on the primary computer used by Theoryshare

25. Partial printout of Exhibit 24

26. CV of Laney W. Morrow

27. TWC customer notes related to Peter Ganpat

28. Theoryshare sales invoice for Peter Ganpat

29. Theoryshare sales invoice for Estela Marcelino

CC 2310588v1

30. Theoryshare sales invoice for Salvador Martinez

31. Theoryshare sales invoice for Shane

          Respectfully submitted,

          DANIEL J. LEFKOWITZ, ESQ., P.C.

          By /s/Daniel J. Lefkowitz
             Daniel J. Lefkowitz-Admitted Pro Hac Vice
             320 New York Avenue
             Huntington, NY  11743
             (631) 692-4700 – Telephone
             (631) 659-3740 – Facsimile


          By /s/Bernard J. Rhodes
             Bernard J. Rhodes      KS #15716
             LATHROP & GAGE, LLP
             2345 Grand Blvd., Ste. 2400
             Kansas City, MO  64108
             (816) 292-2000 – Telephone
             (816) 292-2001 – Facsimile

          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the Court's ECF system this 4th day of November, 2010 on the following counsel of record:

Jeremiah Johnson
Law Office of Jeremiah Johnson LLC
104 E. Poplar
Olathe, KS  66061
jeremiah@kcatty.com


          /s/Bernard J. Rhodes
          An Attorney for Plaintiff