### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIME WARNER CABLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.   10-2453-KHV-JPO |
| vs. ) | |
| ) | |
| THEORYSHARE LLC, NICHOLAS AARON ) | |
| DAVID and JOHN DOES 1-10, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of November, 2010, Plaintiff's Rule 26 Initial Disclosures were served by hand to Jeremiah Johnson, Law Office of Jeremiah Johnson LLC, 104 E. Poplar, Olathe, KS  66061.

Respectfully submitted,

LATHROP & GAGE, LLP

By /s/Bernard J. Rhodes
   Bernard J. Rhodes          KS #15716
   LATHROP & GAGE, LLP
   2345 Grand Blvd., Ste. 2400
   Kansas City, MO  64108
   (816) 292-2000 – Telephone
   (816) 292-2001 – Facsimile

and

   Daniel J. Lefkowitz–Admitted Pro Hac Vice
   DANIEL J. LEFKOWITZ, ESQ., P.C.
   320 New York Avenue
   Huntington, NY  11743
   (631) 692-4700 – Telephone
   (631) 659-3740 - Facsimile

Attorneys for Plaintiff

CC 2316008v1

## CERTIFICATE OF SERVICE

  I hereby certify that on November 30, 2010 I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremiah Johnson
Law Office of Jeremiah Johnson LLC
104 E. Poplar
Olathe, KS  66061
jeremiah@kcatty.com

                /s/ Bernard J. Rhodes
                Attorney for Plaintiff