**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | | |
|---|---|---|
| TIME WARNER CABLE, INC., | ) | |
|     Plaintiff | ) | |
| | ) | Case no. 10-2453-KHV-JPO |
|     vs. | ) | |
| | ) | |
| THEORYSHARE, LLC, NICHOLAS AARON | ) | |
| DAVID and JOHN DOES 1-10 | ) | |
|     Defendants. | ) | |

**CERTIFICATE OF SERVICE OF DEFENDANTS' INITIAL RULE 26 DISCLOSURES**

**COMES NOW** the Defendants, by and through counsel of record Jeremiah Johnson, and hereby certifies to the Court that on November 30, 2010, I electronically served the following: (1) *Defendant's Initial Rule 26 disclosures;* (2) a copy of this Notice of Service, upon the following:

**Bernard J. Rhodes**
Lathrop & Gage LLP - KC
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
816-460-5508
Fax: 816-292-2001
brhodes@lathropgage.com

**Daniel J. Lefkowitz**
350 Jericho Turnpike - Ste. 100
Jericho, NY 11753
516-942-4700
dlefkowitz@lefkowitzhogan.com

Respectfully submitted by:

/S/Jeremiah Johnson

_____
Jeremiah Johnson #22726
104 E. Poplar
Olathe, KS 66061
Office - (913)764-5010
Fax – (913)764-5012
Cell – (913)406-0732
Jeremiah@kcatty.com
www.KCatty.com