**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| TIME WARNER CABLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.    10-2453-KHV-JPO |
| vs. ) | |
| ) | |
| THEORYSHARE LLC, NICHOLAS AARON ) | |
| DAVID and JOHN DOES 1-10, ) | |
| ) | |
| Defendant. ) | |

**REPORT OF RULE 26(F) CONFERENCE**
**<u>REGARDING ELECTRONICALLY STORED INFORMATION</u>**

Pursuant to Rule 26(f) and this Court's Guidelines, counsel for the parties have conferred about the discovery and disclosure of electronically stored information ("ESI") and hereby report to the Court as follows:

The parties have discussed ESI and agree that the parties will provide discovery in electronic form, except that Microsoft Office, Adobe Acrobat and similar documents may be produced in PDF form.  Defendants have already produced for copying by Plaintiff seven (7) hard drives belonging to Defendants.  Defendants have also provided Plaintiff with IP addresses and logon information for Defendants' servers in North Carolina that will purportedly give Plaintiff access to copy the information on those servers, including much of the information requested by Plaintiff thus far in discovery.  Defendants have also agreed to provide any further logon information, including usernames and passwords, IP addresses, or other information necessary for Plaintiff to access the information contained on Defendants' hard drives and the North Carolina servers in readable form.

The parties have agreed that an inadvertent disclosure of documents does not waive any privilege and/or work product classification.  In the event of such an inadvertent disclosure, all privilege and work product objections will be retained.  Further, the document(s) inadvertently produced shall be returned to the party who produced the document(s) without retention of any copy of the document(s) by the party to whom it was produced.

Respectfully submitted,

| | |
|---|---|
| /s/Bernard J. Rhodes_____ | /s/Jeremiah Johnson_____ |
| Bernard J. Rhodes – KS #15716 | Jeremiah Johnson |
| LATHROP & GAGE, LLP | LAW OFFICE OF JEREMIAH |
| 2345 Grand Blvd., Ste. 2400 | JOHNSON LLC |
| Kansas City, MO  64108 | 104 E. Poplar |
| (816) 292-2000 – Telephone | Olathe, KS  66061 |
| (816) 292-2001 – Facsimile | jeremiah@kcatty.com |
| brhodes@lathropgage.com | |
| | **ATTORNEY FOR DEFENDANTS** |
| and | |

Daniel J. Lefkowitz–Admitted Pro Hac Vice
DANIEL J. LEFKOWITZ, ESQ., P.C.
320 New York Avenue
Huntington, NY  11743
(631) 692-4700 – Telephone
(631) 659-3740 – Facsimile

**ATTORNEYS FOR PLAINTIFF**