## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIME WARNER CABLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.   10-2453-KHV-JPO |
| vs. ) | |
| ) | |
| THEORYSHARE LLC, NICHOLAS AARON ) | |
| DAVID and JOHN DOES 1-10, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of December, 2010, Plaintiff's Answers to Defendants' First Set of Interrogatories and Plaintiff's Responses to Defendants' First Requests for Admissions were served by email to Jeremiah Johnson, Law Office of Jeremiah Johnson LLC, jeremiah@kcatty.com:

Respectfully submitted,

LATHROP & GAGE, LLP

By /s/Bernard J. Rhodes
  Bernard J. Rhodes     KS #15716
  LATHROP & GAGE, LLP
  2345 Grand Blvd., Ste. 2400
  Kansas City, MO  64108
  Tele: (816) 292-2000; Fax: (816) 292-2001

and

  Daniel J. Lefkowitz–Admitted Pro Hac Vice
  DANIEL J. LEFKOWITZ, ESQ., P.C.
  320 New York Avenue
  Huntington, NY  11743
  Tele: (631) 692-4700; Fax: (631) 659-3740

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the Court's ECF system this 8th day of December, 2010 on the following counsel of record:

Jeremiah Johnson
Law Office of Jeremiah Johnson LLC
104 E. Poplar
Olathe, KS  66061
jeremiah@kcatty.com

/s/Bernard J. Rhodes
An Attorney for Plaintiff

CC 2317937v1